In the United States Court of Federal Claims
Case No.: 1:19-CV-01309-EDK

Notice of Assignment to:
Judge Elaine D. Kaplan

RE: Request For A Dismal of the Above Number Case For No intent. No intent!

Dear Judge Elaine D. Kaplan, I, Johnny Jerome Beals, would ask For a dismal of case No.: 1:19-CV-01309-EDK. Your honor there was no intent made. I would respectfuly ask For a dismal of the above numbered case because no intent.

If Already received please disregard this letter or notice. Thank you For reading. 9-6-2019

Truly,
John J. Beal

Tel: (832) 508-1313
Home # (281) 974-2067

Date of request
September 06, 2019

RECEIVED - USCFC
SEP 11 2019

